IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MITZI BEACHEM, as Special Administratrix
of the Estate of Debbie Boehm, Deceased PLAINTIFF

v. Case No. 6:25-cv-6025

DOC-1455 HIGDON FERRY
ROAD MOB, LLC; JOHN DOES 1–3;
JOHN DOES ENTITIES 1–3 DEFENDANTS

**JUDGMENT**

Pursuant to the Court's Memorandum Opinion and Order of even date granting Defendant's Motion for Summary Judgment (ECF No. 15), Plaintiff's case is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 18th day of August, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge